UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| JONAH SHYKEEM COLEMAN | CIVIL ACTION NO. 6:20-cv-01469 |
| VERSUS | JUDGE SUMMERHAYS |
| CITY OF OPELOUSAS, ET AL. | MAGISTRATE JUDGE WHITEHURST |

**JUDGMENT**

This matter was referred to United States Magistrate Judge Patrick J. Hanna for report and recommendation. After an independent review of the record, and noting the absence of any objections, this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own. Accordingly,

IT IS ORDERED, ADJUDGED, AND DECREED that the defendants' motion to enforce the settlement (Rec. Doc. 8) is GRANTED, the defendants' alternative motion to reopen the case and set it for trial (Rec. Doc. 8) is DENIED, and the plaintiff's motion to reopen the case and reinstate all claims (Rec. Doc. 18) is DENIED, consistent with the report and recommendation.

Signed at Lafayette, Louisiana, this 25th day of August, 2021.

_____
ROBERT R. SUMMERHAYS
UNITED STATES DISTRICT JUDGE